JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>Defendants. | No. 5:21-cv-01252-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing First Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed without prejudice.

Dated: October 5, 2021

_____
R. GARY KLAUSNER
United States District Judge